# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Christine P. O'Hearn, U.S.D.J. |
| | : | |
| v. | : | Crim. No. 23-506 |
| | : | |
| BRYAN WESSELIUS | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (John M. Maloy, Assistant United States Attorney, appearing), and Defendant Bryan Wesselius (Carol Dominguez, Esq., Assistant Federal Public Defender, appearing) for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including November 4, 2024; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and five prior continuances having been entered; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Both the United States and the defendant seek additional time engage in plea negotiations, which would render any subsequent trial of this matter

unnecessary, because negotiations were slowed by the defendant's placement in a long-term residential substance abuse treatment program;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 9th day of September, 2024;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including November 4, 2024; and it is further

ORDERED that the period from the date this Order is signed through and including November 4, 2024, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
Honorable Christine P. O'Hearn
United States District Judge

Consented to as to form and entry:

_____
John M. Maloy
Assistant United States Attorney

_____
Carol Dominguez, Esq.
Assistant Federal Public Defender